In the Matter of NEW YORK WATER SERVICE CORPORATION, Appellant, against WATER POWER AND CONTROL COMMISSION OF THE DEPARTMENT OF CONSERVATION OF THE STATE OF NEW YORK, Respondent.

Argued May 15, 1939; decided May 17, 1939.

*John J. Bennett, Attorney-General (Timothy F. Cohan* of counsel), for motion.

*M. Harold Dwyer* and *George R. Fearon* opposed.